FILED

09/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0453

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 24-0453

|  |  |  |
| --- | --- | --- |
| ESTATE OF CELIA L. SCHEIHING | ) ) ) | |
| Appellant, | ) ) | |
| vs. | ) ) ) | **ORDER GRANTING MOTION FOR THIRTY DAY EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF** |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | ) ) ) | |
| Appellee. | ) | |

UPON MOTION of Appellant Estate of Celia Scheihing, with the consent of Appellee Progressive Direct Insurance Company, Appellant is granted until October 11, 2024 to file its opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 12 2024